MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
joseph.duffy@morganlewis.com

Attorneys for Defendant Express Scripts, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>                    Defendants. | 2:23-cv-01929-SPG-SK<br><br>**STIPULATION REGARDING TIMING OF FRCP 12 MOTIONS AND BRIEFING SCHEDULE FOR MOTION TO STAY**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Courtroom: 5C<br>Action Removed: 3/15/23<br>Trial Date: None set |

## RECITALS

A.    On January 12, 2023, the People of the State of California filed this action in the Los Angeles County Superior Court. The Defendants in the action are Eli Lilly and Company, Novo Nordisk Inc., Sanofi-Aventis U.S. LLC, CaremarkPCS Health, LLC, CVS Health Corp., Express Scripts, Inc., and OptumRx, Inc. ("Defendants").

B.    On March 15, 2023, Express Scripts, Inc. removed the action from Los Angeles Superior Court. (ECF No. 1.) CaremarkPCS Health filed a supplemental notice of removal. (ECF No. 5.)

C.    Defendant Express Scripts, Inc. filed an answer to the Complaint on March 15, 2023. (ECF No. 4.)

D.    The People and Defendants, with the exception of Express Scripts, ("Non-Answering Defendants") stipulated to a thirty day extension for the Non-

Answering Defendants to answer, move to dismiss, or otherwise respond to the Complaint until April 21, 2023. (ECF No. 28.)

E.   The People are considering filing a motion to remand this action back to the Los Angeles County Superior Court in mid-April based on an argument that this Court lacks subject matter jurisdiction. If the People file a motion to remand, Express Scripts and CaremarkPCS Health anticipate opposing the motion.

F.   The People are also considering filing on a motion strike pursuant to Federal Rule of Civil Procedure 12(f) certain affirmative defenses in Express Scripts' answer. The People and Express Scripts met and conferred regarding the motion on March 31, 2023. During the meet and confer, Express Scripts indicated that it anticipates opposing the motion.

G.   Defendants are considering filing motions pursuant to Federal Rule of Civil Procedure 12 challenging the sufficiency of the allegations in the Complaint. Defendant CVS Health Corp. is also considering challenging personal jurisdiction. If Defendants file motions pursuant to Federal Rule of Civil Procedure 12, the People anticipate opposing the motions.

H.   If the People file a motion to remand, Defendants intend to file a motion to stay all issues in this action until the motion to remand is resolved. If Defendants file a motion to stay, the People anticipate opposing the motion.

I.   The parties have previously agreed that the Initial Disclosures will not be due until fourteen days after any order by the Court denying the stay or after any stay is lifted. (ECF No. 56.)

**STIPULATION**

The Parties agree that in order to allow time for Defendants to bring their motion to stay, and to allow time for the Court to resolve the Parties' dispute regarding the appropriateness of a stay, a brief extension of time for bringing the Federal Rule of Civil Procedure 12 motions is appropriate. The Parties therefore request that the Court enter an Order that provides:

1. If the People file a motion to remand, Defendants shall file their motion to stay, if any, on or before five (5) Court days after the motion to remand is filed. Defendants shall file one joint motion. The hearing date selected for the motion to stay shall be the earliest available hearing date that is at least fourteen (14) calendar days after the reply in support of the motion to stay is to be filed. The Parties shall meet and confer regarding the Defendants' motion to stay, if any, at least two (2) calendar days before Defendants file their motion to stay.

2. If Defendants file a motion to stay, the People shall file their opposition, if any, on or before fourteen (14) calendar days after the motion to stay is filed.

3. If the People oppose the motion to stay, Defendants shall file their reply in support of the motion to stay, if any, on or before seven (7) calendar days after the opposition to the motion to stay is filed.

4. The deadline for the Non-Answering Defendants to answer, move to dismiss, or otherwise respond to the Complaint shall be extended until May 12, 2023. If Defendants file a motion to stay, the deadline for the Non-Answering Defendants to answer, move to dismiss, or otherwise respond to the Complaint shall be extended until and including three (3) weeks after the Court either (a) denies the motion to stay, or (b) lifts the stay.

5. Any deadline imposed by Federal Rule of Civil Procedure 12 for the People to move to strike affirmative defenses from Express Scripts' Answer shall be extended until and including May 12, 2023 and, if Defendants file a motion to stay, further extended until and including three (3) weeks after the Court either (a) denies the motion to stay, or (b) lifts the stay.

| | | |
|---|---|---|
| 1 | Dated: April 7, 2023 | MORGAN LEWIS AND BOCKIUS LLP |
| 2 | | |
| 3 | | By: */s/ Joseph Duffy* <br> JOSEPH DUFFY |
| 4 | | Attorneys for Defendant <br> EXPRESS SCRIPTS, INC. |
| 5 | | |
| 6 | | |
| 7 | Dated: April 7, 2023 | DAVIS POLK & WARDWELL LLP |
| 8 | | |
| 9 | | By: */s/ Neal A. Potischman* <br> NEAL A. POTISCHMAN <br> ANDREW D. YAPHE |
| 10 | | |
| 11 | | Attorneys for Defendant <br> NOVO NORDISK INC. |
| 12 | | |
| 13 | Dated: April 7, 2023 | UMHOFER, MITCHELL AND KING LLP |
| 14 | | |
| 15 | | By: */s/ Matthew Umhofer* <br> MATTHEW DONALD UMHOFER |
| 16 | | |
| 17 | | WILLIAMS AND CONNOLLY LLP |
| 18 | | ENU MAINIGI (admitted *pro hac* vice) |
| 19 | | Attorneys for Defendants <br> CAREMARKPCS HEALTH, LLC and CVS HEALTH CORPORATION |
| 20 | | |
| 21 | Dated: April 7, 2023 | KIRKLAND & ELLIS LLP |
| 22 | | |
| 23 | | By: */s/ Michael Shipley* <br> MICHAEL SHIPLEY |
| 24 | | |
| 25 | | Attorneys for Defendant <br> ELI LILLY AND COMPANY |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: April 7, 2023 | | JONES DAY |
| | By: | */s/ Kelly M. Watne*<br>KELLY M. WATNE |
| | | Attorneys for Defendant<br>SANOFI-AVENTIS U.S. LLC |
| Dated: April 7 , 2023 | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| | By: | */s/ Nicole Van Dyk*<br>NICOLE VAN DYK |
| | | Attorneys for Defendant<br>OPTUMRX, INC. |
| Dated: April 7, 2023 | | ROB BONTA,<br>Attorney General of California<br>EMILIO VARANINI<br>Supervising Deputy Attorney General |
| | By: | */s/ Darcie Tilly*<br>DARCIE TILLY, Deputy Attorney General |
| | | Attorneys for the<br>PEOPLE OF THE STATE OF CALIFORNIA |

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories, listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 7, 2023

By: */s/ Joseph Duffy*
Joseph Duffy (SBN 241854)

Attorney for Defendant Express Scripts, Inc.