ROB BONTA
Attorney General of California
RENUKA GEORGE
Senior Assistant Attorney General
EMILIO VARANINI (SBN 163952)
Supervising Deputy Attorney General
LAUREN ZWEIER (SBN 291361)
Deputy Attorney General
  455 Golden Gate Ave   Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 510-4400
  Facsimile: (415) 703-5908
  Email: Emilio.Varanini@doj.ca.gov
         Lauren.Zweier@doj.ca.gov

DARCIE TILLY (SBN 239715)
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101-3702
  Telephone: (619) 738-9000
  Facsimile: (619) 645-2012
  Email: Darcie.Tilly@doj.ca.gov

*Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>  Defendants. | 2:23-cv-01929-SPG-SK<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO REMAND**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Courtroom: 5C<br>Action Removed: 3/15/23<br>Trial Date: None Set |

## RECITALS

A.   On January 12, 2023, the People of the State of California filed this action in the Los Angeles County Superior Court. The Defendants in the action are Eli Lilly and Company, Novo Nordisk Inc., Sanofi-Aventis U.S. LLC, CaremarkPCS Health, LLC, CVS Health Corp., Express Scripts, Inc., and OptumRx, Inc.

B. On March 15, 2023, Express Scripts removed the action from Los Angeles County Superior Court. (ECF No. 1.) Caremark filed a supplemental notice of removal. (ECF No. 5.)

C. On April 14, 2023, the People filed a Motion to Remand Case to Los Angeles County Superior Court. (ECF No. 78.) The hearing date noticed for the Motion is June 7, 2023.

D. The People, Express Scripts, and Caremark held a meet and confer regarding the Motion to Remand prior to the filing of the Motion. As part of the meet and confer, they agreed to a briefing schedule on the Motion. In accordance with the Standing Order Regarding Newly Assigned Cases, the briefing schedule provides for two weeks between the filing of the People's Reply and the noticed hearing date. (ECF No. 10 at 11.)

## STIPULATION

The People, Express Scripts, and Caremark request the Court enter an Order that provides:

1. Express Scripts and Caremark shall file their Opposition, if any, to the Motion to Remand Case to Los Angeles County Superior Court on or before May 11, 2023.

2. The People shall file their Reply in Support of the Motion to Remand Case to Los Angeles County Superior Court, if any, on or before May 24, 2023.

Dated: April 20, 2023

ROB BONTA,
Attorney General of California
EMILIO VARANINI
Supervising Deputy Attorney General

By: /s/ Darcie Tilly
DARCIE TILLY, Deputy Attorney General

Attorneys for the
PEOPLE OF THE STATE OF CALIFORNIA

| | | |
|---|---|---|
| 1 | Dated:  April 20, 2023 | MORGAN LEWIS AND BOCKIUS LLP |
| 2 | | |
| 3 | | By:  */s/ Joseph Duffy* |
| 4 | | JOSEPH DUFFY<br>JASON R. SCHERR (*pro hac vice*) |
| 5 | | PATRICK HARVEY (*pro hac vice*) |
| 6 | | Attorneys for Defendant<br>EXPRESS SCRIPTS, INC. |
| 7 | | |
| 8 | Dated:  April 20, 2023 | UMHOFER, MITCHELL AND KING LLP |
| 9 | | |
| 10 | | By:  */s/ Matthew Umhofer* |
| 11 | | MATTHEW DONALD UMHOFER |
| 12 | | WILLIAMS AND CONNOLLY LLP |
| 13 | | |
| 14 | | ENU MAINIGI (*pro hac* vice) |
| 15 | | Attorneys for Defendants<br>CAREMARKPCS HEALTH, LLC and CVS |
| 16 | | HEALTH CORPORATION |

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 20, 2023            By: */s/ Darcie Tilly*
                                 Darcie Tilly (SBN 239715)
                                 Deputy Attorney General
                                 *Attorneys for the People of the State of California*