UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-01929-SPG(SKx) | Date | June 7, 2023 |
| Title | People of the State of California et al v. Eli Lilly and Company et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
| Patricia Gomez | Marea Woolrich |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Darcie Tilly<br>John Ohanesian | Adam Podoll<br>Elizabeth Mitchell<br>Lin Kahn<br>Andrew Yaphe<br>Kelley Barnaby<br>Gary Lincenberg<br>Nicole Van Dyk<br>Kate Walling<br>Jason Scherr |

**Proceeding:** MOTION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT [78]

  Case called, and counsel make their appearance. The Court issues oral tentative to deny motion to stay, dkt [82]. Arguments by counsel are heard on motion to stay and motion to remand dkt [78]. For reasons stated on the record, the Court takes the matters under submission. An order will issue.

| | : | 47 |
|---|---|---|
| | Initials of Preparer | PG |