MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
joseph.duffy@morganlewis.com

Jason R. Scherr (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
Lindsey Titus Levy (*pro hac vice*)
1111 Pennsylvania Ave. NW
Washington, DC 20004
Tel:   +1.202.739.3000
Fax:   +1.202.739.3001
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com
lindsey.levy@morganlewis.com

Attorneys for Defendant Express Scripts, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; CAREMARKPCS HEALTH, LLC; EXPRESS SCRIPTS, INC.; OPTUMRX INC.; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | Case No. 2:23-cv-01929-SPG-SK<br><br>Assigned for all purposes to:<br>Hon. Sherilyn Peace Garnett<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Defendant Express Scripts, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the order granting the State of California's motion to remand, which was entered in this action on June 28, 2023 (Dkt. No. 109) and is attached hereto as Exhibit A. The filing of this notice "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Thus, this Court lacks jurisdiction to take further action related to remand—such as issuing an order to send a copy of the remand order to the California Superior Court. *See, e.g., Collin Cnty., Tex. v. Siemens Bus. Servs., Inc.*, 560 F. Supp. 2d 525, 527 (E.D. Tex. 2006) (concluding district court lacked jurisdiction "to issue an order directing the clerk of court to mail a copy of the remand order to state court" following defendant's notice of appeal). The order is immediately appealable because the case was removed pursuant to 28 U.S.C. § 1442. *See* 28 U.S.C. § 1447(d). Defendant's Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as Exhibit B.

Dated: July 6, 2023

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ *Joseph Duffy*
Joseph Duffy
Jason R. Scherr (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
Lindsey Titus Levy (*pro hac vice*)

*Attorneys for Defendant Express Scripts, Inc.*