UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>EXPRESS SCRIPTS, INC.,<br><br>        Defendant-Appellant,<br><br> and<br><br>ELI LILLY AND COMPANY; et al.,<br><br>        Defendants. | No.   23-55599<br><br>D.C. No.<br>2:23-cv-01929-SPG-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: LEE and VANDYKE, Circuit Judges.

    The motion to order the district court to recall its June 28, 2023 remand order pending appeal (Docket Entry No. 12) is denied. *Cf. Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard in the context of staying lower court order or judgment).

    The existing briefing schedule remains in effect.

OSA111