UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CAREMARKPCS HEALTH LLC, <br><br> Defendant-Appellant, <br><br> and <br><br> ELI LILLY AND COMPANY; et al., <br><br> Defendants. | No.   23-55597 <br><br> D.C. No. 2:23-cv-01929-SPG-SK <br> Central District of California, Los Angeles <br><br> ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> EXPRESS SCRIPTS, INC., <br><br> Defendant-Appellant, <br><br> and <br><br> ELI LILLY AND COMPANY; et al., <br><br> Defendants. | No.   23-55599 <br><br> D.C. No. 2:23-cv-01929-SPG-SK |

OSA111

Before:  CHRISTEN and H.A. THOMAS, Circuit Judges.

The motion to expedite (Docket Entry No. 12 in appeal No. 23-55597) is denied.

The briefing schedules remain in effect.